In the United States District Court

For the District of Rhode Island
(Form mailed ____________, 20__)

VICtoR L WEbb#2007910

Enter above the full name of the plaintiff in this action.

CA 07 278 ML

v.

Civil Action No. ______________

W.W.Wyatt D.F.C. RI 02863
Sean Singleton;
Rabbi Barros; IRA Bloom

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______________________

Defendants: ______________________

2. Court (if federal court, name the district; if state court, name the county):

______________________

3. Docket number: ______________________

4. Name of judge to whom case was assigned: ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________

______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: ______________________

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☒ No ☐

B. If your answer is YES:

1. What steps did you take? I Present placement of Jewish religious affiliation recorded as Jewish; for Religious Programs.

2. What was the result? Jean Singleton informed me that she is in the process of talking with other Pastors and Imam about who I am, or what is my Religion. no reasonable answers.

C. If your answer is NO, explain why not: ______________________

______________________

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Victor L Webb

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant Jean Singleton; Rabbi Barros is employed as counsler and Program administrator at D.W. Wyatt D.F.C. F R.I. 02863

C. Additional Defendants: IRA Bloom; inmate"
Timothy Tapley acting warden;

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

on 2.27.07 I was Placed in Donald W. Wyatt Detention; on my arival; I was asked whats my Religious affiliation: I signed enrolled as Jewish: I then inquiry of the time of Jewish services; on the bullet ing board there are no time for Jewish services: I was told by my Counselor to write a request to Rabbi Barros and Jean Singleton: Jean Singleton set up an appointment with Rabbi Barros who then counsels mr. Webb on the way they operate in This Facility; Rabbi Barros gave me a "Prayer Book Jewish" and told me that; He dosent hold services because there are less than ten Jewish inmates in The Facility: but I should write requests to my Counseler and He will received It: for any Kosher meal I needed.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.) Pay Restutation of The amount of $1,000,000 and return my Kosher meal: To The same time as before Breakfast, Lunch and dinner.; with no further discremation

IV. Statement of Claim.

Victor Webb
20079101333
Wyatt Detention Center
950 High Street
Central Falls, RI 02863

and I will received my Kosher meals: I have been receiving my Kosher meals! for The Last four maunths: I catch TB a form of dease in The Facility; and I was taken To Memorial Hospital of R.I. I spent over four week in the Hospital when I return on June 4.07. I received my Kosher meal for one week and I was served with a Memorandum from Lean Singleton, Programs administrator. on the June 12, 2007: RE Kosher meal: Ever since I came to this Facility Inmate Bloom; another: Jewish brother going around telling the other inmates and the authorities; such as Lean Singleton that I am not Jewish because I am black.: He did not stop until The Program administrator Lean Singleton denied me of my Kosher meal; and when presented my record of Jewish affiliation: she Ignored me and told me that she place my file to the side: but the matter of facts are that she dosent have a clue of the action that she took against me: I asked mrs. Lean Singleton whether or not she; goes through the same process with every religion, as she does with me: If you are muslims, christian, Prostestant, or so onn,: mrs. Lean Singleton cannot give me a straight answer.

D Webb.
7.17.07.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this D. Webb day of 7.17.07 ________, 20___.

D Webb

Signature of plaintiff

Donald W. Wyatt Detention Facility.
950 High st. Central Falls
RI 02863

Complete address of plaintiff

**TO: Webb, Victor**
**# 168655**
**Q2-19**

CHAPLAIN'S RESPONSE TO INMATE REQUEST

**DATE:** 25 February 2005

☑ **AFOF**

**FROM: Religious Services / Chaplain's Office**

**RE:** Religious Programs

**CC:** CAIN-DBMS HardCopy

---

The inquiry you submitted to the Chaplain's office lies in an area that may be best resolved by your unit counselor. Please re-submit your request to your unit advisor.

See attached memo.

---

Your religious affiliation is recorded as **Jewish**

You are enrolled in our lists for the following services and programs:

Jewish Worship, All Mondays at 12:30 PM

Jewish Torah Service, All Thursdays at 12:30 PM Enrolled: 01/13/2005

Cornell Corrections of Rhode Island, Inc.

# MEMORANDUM

**TO:** Victor Webb, B Pod

**FROM:** Jean Singleton, Programs Administrator

**DATE:** June 12, 2007

**RE:** Kosher Meal

---

Upon commitment you submitted a request to receive kosher meals due to your Jewish beliefs. As a courtesy until the Rabbi was able to meet with you, you were placed on a religious diet. However, when the Rabbi met with you he was unable to confirm that you follow the teachings of Judism. As a result, you have been removed from the kosher meal list.

Cc: Records
Kitchen



**Donald W. Wyatt Detention Facility**
**950 High Street**
**Central Falls, RI 02863**
**(401) 729-1190**
**(401) 729-1194 (fax)**

**DONALD W. WYATT DETENTION FACILITY**

DETAINEE REQUEST FORM
DEMANDA DE DETENIDO

CORNELL

Name / El Nombre: Victor Webb 2007410

Date / La fecha: 4.1.07. Housing / Casa: C8.

**INSTRUCTIONS:** Please check the problem or request area. Be specific about what action you want. This is not a grievance form.
**LAS INSTRUCCIONES:** Por favor verifique el problema o área de la demanda. Sea específico sobre qué acción que usted quiere. Ésta no es una forma de agravio.

- ☐ Appeal of discipline / Apelacion de disciplina
- ☐ Classification appeal / La clasificacion de apelacion
- ☐ Waive 24 hour hearing / Renuncie tu sita de 24 hora
- ☐ Waive hearing appearance / Renucie tu sita de precencia
- ☐ Inmate housing unit worker / Unidad de trabajadores
- ☐ Inmate work force / Union de presos
- ☐ Programs, specify / Los Programas, especifio
- ☐ Property / La Propiedad
- ☐ Laundry / El Lavanderia
- ☐ Inmate accounts / Las cuentas del preso
- ☐ Staff hearing assistant / Assistencia displinaria
- ☐ Education / Educacion
- ☐ Other, specify / Otro, especifiqo

Request / La demanda: Mrs Singleton I am writing you about Matzo? for Jewish inmate: you gave the inmate in C13. but did not give any to Jewish inmate in C8.; I wrote request that there are two Jewish inmate in this block. I dont know why I did not get my matzos

Detainee signature/Detenido La firma: [signature] Date / La fecha: 4-2-07

Staff receiving the request/Peronal que recibe la demanda: [signature] Date / La fecha: 4/2/07

Action taken / Accion tomada:

Response / La contesta: Rec'd Matzo 4/2/07

Staff Signature/ La firma: [signature] Date / La fecha: 4/2/07

Original — Completed form forwarded to appropriate file / El original - Completó forma remitida al archivo apropiado
Copy 1 — Completed form returned to inmate with action noted / Copie 1 - Completó forma devuelta al preso con acción notada
Copy 2 — Retained by inmate at time of request / Copie 1 - Completó forma devuelta al preso con acción notada

**DONALD W. WYATT DETENTION FACILITY**

**DETAINEE REQUEST FORM**
**DEMANDA DE DETENIDO**

CORNELL

Name / El Nombre: Victor Webb 2007910. C8

Date / La fecha: 4-2-07 Housing / Casa: C8

**INSTRUCTIONS:** Please check the problem or request area. Be specific about what action you want. This is not a grievance form.
**LAS INSTRUCCIONES:** Por favor verifique el problema o área de la demanda. Sea especifico sobre qué acción que usted quiere. Ésta no es una forma de agravio.

- ☐ Appeal of discipline / Apelacion de disciplina
- ☐ Classification appeal / La clasificacion de apelacion
- ☐ Waive 24 hour hearing / Renuncie tu sita de 24 hora
- ☐ Waive hearing appearance / Renucie tu sita de precencia
- ☐ Inmate housing unit worker / Unidad de trabajadores
- ☐ Inmate work force / Union de presos
- ☐ Programs, specify / Los Programas, especifiqo
- ☐ Property / La Propiedad
- ☐ Laundry / El Lavanderia
- ☐ Inmate accounts / Las cuentas del preso
- ☐ Staff hearing assistant / Assistencia displinaria
- ☐ Education / Educacion
- ☐ Other, specify / Otro, especifiqo

Request / La demanda: I am asking "what's the name of the Rabbi who conducted service in this Facility?" "what are the hours of the Jewish services?" because I have wrote requests, and I received no answers!

Detainee signature/Detenido La firma: [signature] Date / La fecha: 4-2-07

Staff receiving the request/Peronal que recibe la demanda: [signature] Date / La fecha: 4/2/07

Action taken / Accion tomada:

Response / La contesta: Rabbi Barros

Staff Signature/ La firma: Date / La fecha:

Original — Completed form forwarded to appropriate file / El original - Completó forma remitida al archivo apropiado
Copy 1 — Completed form returned to inmate with action noted / Copie 1 - Completó forma devuelta al preso con acción notada
Copy 2 — Retained by inmate at time of request / Copie 1 - Completó forma devuelta al prešo con acción notada

Singleton

**DONALD W. WYATT DETENTION FACILITY**

**DETAINEE REQUEST FORM**
**DEMANDA DE DETENIDO**

CORNELL

Name / El Nombre: Victor Webb 2001410

Date / La fecha: 4-7-07 Housing / Casa: E 8

**INSTRUCTIONS:** Please check the problem or request area. Be specific about what action you want. This is not a grievance form.
**LAS INSTRUCCIONES:** Por favor verifique el problema o área de la demanda. Sea específico sobre qué acción que usted quiere. Ésta no es una forma de agravio.

- ☐ Appeal of discipline / Apelacion de disciplina
- ☐ Classification appeal / La clasificacion de apelacion
- ☐ Waive 24 hour hearing / Renuncie tu sita de 24 hora
- ☐ Waive hearing appearance / Renucie tu sita de precencia
- ☐ Inmate housing unit worker / Unidad de trabajadores
- ☐ Inmate work force / Union de presos
- ☐ Programs, specify / Los Programas, especifio
- ☐ Property / La Propiedad
- ☐ Laundry / El Lavanderia
- ☐ Inmate accounts / Las cuentas del preso
- ☐ Staff hearing assistant / Assistencia displinaria
- ☐ Education / Educacion
- ☐ Other, specify / Otro, especifiqo

Request / La demanda: I am requesting to meet with the Rabbi To discuss [illegible] and my Kosher meal

Detainee signature/Detenido La firma: [signature] Date / La fecha: 4-7-07

Staff receiving the request/Peronal que recibe la demanda: [signature] Date / La fecha: 4/9/07

Action taken / Accion tomada: [illegible]

Response / La contesta:

Staff Signature/ La firma: [illegible] Date / La fecha: 4/10/07

| | |
|---|---|
| Original | Completed form forwarded to appropriate file / El original - Completó forma remitida al archivo apropiado |
| Copy 1 | Completed form returned to inmate with action noted / Copie 1 - Completó forma devuelta al preso con acción notada |
| Copy 2 | Retained by inmate at time of request / Copie 1 - Completó forma devuelta al preso con acción notada |