UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTOR WEBB, Plaintiff, | : | |
| v. | : | CA 07-278 ML |
| TIMOTHY TAPLEY, JEAN SINGLETON, RABBI BARROS, and IRA BLOOM, Defendants. | : | |

**ORDER**
**DIRECTING PLAINTIFF TO FILE**
**CERTIFIED COPY OF PRISONER TRUST FUND ACCOUNT STATEMENT**

Plaintiff Victor Webb ("Plaintiff") has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), see Application to Proceed without Prepayment of Fees and Affidavit (Document ("Doc.") #2) ("Application") in conjunction with the Complaint (Doc. #1) he filed on July 24, 2007, see Docket. Although Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a)(1), he has not filed a certified copy of his prisoner trust fund account statement (or institutional equivalent) obtained from an appropriate official at the Donald W. Wyatt Detention Facility, where Plaintiff is currently confined, as directed by 28 U.S.C. § 1915(a)(b).[1] Accordingly,

---

[1] Section 1915(a) provides that:

> (1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.
>
> (2) A prisoner seeking to bring a civil action or appeal a

Plaintiff is directed to file a certified copy of his prisoner trust fund account statement (or institutional equivalent), obtained from an appropriate official at the Wyatt Detention Facility, by August 20, 2007.[2] The Court will then rule on the Application.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 27, 2007

---

> judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), **shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal**, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a) (bold added).

[2] The Court notes that Plaintiff is still required to pay the statutory filing fee of $350.00 for this action. Pursuant to the Prison Litigation Reform Act of 1995 ("the Act"), adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b)(1), a prisoner seeking to file in forma pauperis must pay as an initial filing fee the greater of twenty percent (20%) of the average monthly deposits to his account or the average monthly balance for the six months prior to the filing of his petition. Subsequently, a prisoner must pay monthly twenty percent (20%) of the previous month's balance in his or her account.