UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTOR WEBB, Plaintiff, | : | |
| v. | : | CA 07-278 ML |
| TIMOTHY TAPLEY, JEAN SINGLETON, RABBI BARROS, and IRA BLOOM, Defendants. | : | |

**SECOND ORDER**
**DIRECTING PLAINTIFF TO FILE**
**CERTIFIED COPY OF PRISONER TRUST FUND ACCOUNT STATEMENT**

On July 27, 2007, the Court issued an "Order Directing Plaintiff to File Certified Copy of Prisoner Trust Fund Account Statement" ("Order of 7/27/07")(Document #3). In apparent response to that order, Plaintiff has submitted a "Resident Account Summary" from the Wyatt Detention Center. However, this document is not certified by any official at the Wyatt Detention Center as required by 28 U.S.C. § 1915(a)(2)[1] and the Court's Order of 7/27/07. Accordingly, Plaintiff is again directed to file a certified copy of his prisoner trust fund account statement by August 20, 2007.

---

[1] Section 1915(a)(2) provides that:

> (2) A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), **shall submit a certified copy of the trust fund account statement** (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2) (bold added).

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 8, 2007