UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VICTOR WEBB, Plaintiff, | : | |
| v. | : | CA 07-278 ML |
| TIMOTHY TAPLEY, JEAN SINGLETON, RABBI BARROS, and IRA BLOOM, Defendants. | : | |

**SHOW CAUSE ORDER**

Plaintiff filed an Application to Proceed without Prepayment of Fees and Affidavit (Document ("Doc.") #2) ("Application") on July 24, 2007, in conjunction with a Complaint (Doc. #1) filed the same day. On July 27, 2007, the Court issued an "Order Directing Plaintiff to File Certified Copy of Prisoner Trust Fund Account Statement" (Doc. #3) ("Order of 7/27/07"). In apparent response to that order, Plaintiff submitted a "Resident Account Summary" from the Wyatt Detention Center. However, because that document was not certified by any official at the Wyatt Detention Center as required by 28 U.S.C. § 1915(a)(2)[1] and the Court's Order of 7/27/07, the Court issued a "Second Order Directing Plaintiff to File Certified Copy of Prisoner Trust Fund Account

---

[1] Section 1915(a)(2) provides that:

> (2) A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), **shall submit a certified copy of the trust fund account statement** (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2) (bold added).

Statement" (Doc. #4) ("Order of 8/8/07"). Plaintiff was given until August 20, 2007, to comply. See Order of 8/8/07 at 1. As of the date of this order, he has not done so.

Accordingly, **Plaintiff is directed to show cause, in writing, by September 18, 2007, why his Application should not be denied based on Plaintiff's failure to comply with the Order of 8/8/07.**

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 4, 2007