RECEIVED
SEP 14 2007
Property of U.S. District Court
District of Rhode Island

Victor Webb #2007910
Donald W. Wyatt Detention Facility
950 High Street
Central Falls RI. 02863
9.6.07

Plaintiff CA. 07-278 ML
Victor Webb V. Timathy Tapley,
sean Singlenton,
Rabbi Barros, and IRA BLoom.
Defendants
Show cause order.

In apparent response to that order of 8.8.07 Plaintiff was given until august 20, 07 To comply: as to the date of this order 8.20.07 Plaintiff responsed, and mail return un delevered. I Then return same mail to Counselor at Wyatt Detention Facility for further certified and will be mail out by service: The warden has to sertified and approved all sertified mail before sending them out. Mr. V. Webb requested Counselor attention To this matter; I assume Counselor and staff delay the Process: Knowing the importance of the dead Line 8.8.07. which is Part of an issue we are discussing at this moment, with warden Timathy TaPley; these are some of the reasons why Plaintiff application should not be denied. Sincerely

V. Webb.