Victor Webb
V
Ta Pley et al
Case No 1:07-CV-278.

Victor Webb 200710,833
Donald W. Wyatt Detention.
Facility 950 High Street.
Central Falls RI 02863.
8. 12. 07.

Honor Sir:

David L. Martin

On receiving your first and second order Directing Plaintiff mr. Webb To file a Certified copy of Prisoner Trust fund account statement; I have written several requests" To the Counselors, miss D. mrs Lugo; Captain Mickless; C O who signed request, To The Program director Jean Singleton: To The warden; and I did not get anyones attention To certified my inmate trust fund account statement; before The deadline;

Mr Webb doesn't have any control: over The way The Staff conduct Their business There is one Thing I know; There are no management To control or arrange The services of The inmates; Here in Donald W. Wyatt Detention Facility: I had other Legal document denied because of Their negligent: and There are no Civil Rights Protection for This kind of abuse in Donald W. Wyatt Detention; That I know of; I don't have any choice but To return These document The Best way I can: They even denied me copies; of Legal documents; Even though They know That I am indigent."

Respectfully
V. Webb.

Clerk;

RECEIVED
SEP 13 2007
Property of U.S. District Court
District of Rhode Island